UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05630-DDP (MAR) | Date | July 15, 2024 |
|---|---|---|---|
| Title | *Melvin Steven Hill v. Southern California Permanente Medical Group et al* | | |

| Present: The Honorable | Margo A. Rocconi, United States Magistrate Judge |
|---|---|

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**    (IN CHAMBERS) **ORDER RE MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF 5)**

The Court is in receipt of Defendants Motion to Dismiss First Amended Complaint, ECF 5. Plaintiff's Opposition to the motion is due on or before **August 14, 2024.** Defendant's optional Reply may be filed within **14 calendar days** after service of the Opposition.

The failure to file a timely opposition to a motion may constitute the party's consent to relief sought pursuant to Local Civil Rule 7-12 and/or result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The hearing on the Motion is hereby **VACATED**. The Court will deem the motion submitted for decision based on the papers and without oral argument unless otherwise ordered.

**IT IS SO ORDERED.**