UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELVIN STEVEN HILL,

Plaintiff,

v.

SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ET AL,

Defendant.

Case No. 2:24-cv-05630-SVW (MAR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and judgment be entered **DISMISSING** the case with prejudice and without leave to amend.

Dated:  April 15, 2026

_____
HONORABLE STEVEN V. WILSON
United States District Judge