JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELVIN STEVEN HILL,

                                Plaintiff,

              v.

SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ET AL,

                                Defendant(s).

Case No. 2:24-cv-05630-SVW (MAR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  April 15, 2026

HONORABLE STEPHEN V. WILSON
United States District Judge